IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TAMMY CHERRY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:24-cv-00462 |
| | ) | |
| v. | ) | |
| | ) | |
| SUMNER PHYSICIAN PRACTICES, LLC, | ) | JUDGE RICHARDSON |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

On August 7, 2025, the parties filed a "Joint Notice of Voluntary Dismissal" (Doc. No. 32) ("Dismissal Document"). The Dismissal Document states that it is filed pursuant to Rule 41(a)(1)(A)(ii), which authorizes parties to file a self-effectuating "stipulation of dismissal" (not to be confused with a "notice of voluntary dismissal," which is the term used in Rule 41(a)(1)(A)(i) for a document whereby a plaintiff unilaterally dismisses a complaint), provided that it is signed by or on behalf of all parties. The Dismissal Document was signed by counsel for both parties in this case, and so the Court treats the Dismissal Document as a joint stipulation of dismissal.

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Dismissal Document sufficed to dismiss this matter without any action on the part of the Court. The Dismissal Document states that the dismissal is with prejudice, and thus under Rule 41(a)(1)(B) the dismissal in fact is with prejudice. Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice effective as of the time of the filing of the stipulation.

The Clerk of the Court is **DIRECTED** to enter judgment pursuant to Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE